UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA HANKERSON,<br><br>                              Plaintiff,<br><br>            -against-<br><br>125 WORTH ST DEPARTMENT OF HEALTH VITAL RECORDS NEW YORK 10013, ET AL,<br><br>                              Defendants. | 24-CV-1148 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 5, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 5, 2024
            New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                              Chief United States District Judge