UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THERESA HANKERSON,

                Plaintiff,

-against-

125 WORTH ST. DEPARTMENT OF
HEALTH VITAL RECORDS NEW YORK,

                Defendant.

24-CV-1148 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    The Court dismissed this case on June 5, 2024, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk of Court entered judgement on June 12, 2024, and terminated the case on the same day. On December 12, 2024, Plaintiff filed a motion requesting a "change" of judge. (ECF 14-15.)

    As this case is closed, no further activity shall take place in this matter. The Court therefore denies Plaintiff's motion as unnecessary. The Clerk of Court is directed to terminate the motion at ECF 14. This action remains closed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  May 30, 2025
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge